## BLOUNT & MOREL *v.* DUGGER.

115  109
Case 1
121  814

115    109
Case 1
1.9   525

COBB, J.   1. The mere fact that a wife may be the owner of a tract of land
upon which a house is erected out of materials furnished solely on the credit
of her husband will not render her liable for the value of such materials, nor
authorize a judgment against her for the same on the theory that she was the
concealed principal of her husband, when there is no evidence that he was in
any way acting as her agent when he purchased the materials.
2. There was no error of law complained of, and the evidence authorized the
judgment rendered by the judge of the city court presiding without a jury.
*Judgment affirmed.   All the Justices concurring, except Little and Lewis, JJ.,
absent.*

Submitted March 1, — Decided April 2, 1902.

Complaint.   Before Judge Robinson.   City court of Wrights-
ville.   May 16, 1901.

*Faircloth & Blount*, for plaintiffs, cited Civil Code, §§ 3024,
3931, 3019 ; 91 *Ga.* 590.

*Kent & Hatcher*, for defendant, cited 86 *Ga.* 696 ; 94 *Ga.* 671 ;
97 *Ga.* 748 ; Civil Code, §§ 3933, 2778; 105 *Ga.* 553 ; 67 *Ga.* 97 ;
83 *Ga.* 712.